**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GRACIANO MARQUEZ-HUAZO,

Defendant - Appellant.

No. 24-2327

D.C. No. 1:07-cr-00271-DCN-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Idaho
David C. Nye, District Judge, Presiding

Submitted November 20, 2024[**]

Before: CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Graciano Marquez-Huazo appeals pro se from the district court's order

denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Marquez-Huazo contends that compassionate release is warranted because

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

his 18 U.S.C § 924(c) conviction is infirm and he has participated in various rehabilitative programs while incarcerated. Contrary to Marquez-Huazo's contention, the record reflects that the district court considered and adequately addressed these arguments. *See Chavez-Meza v. United States*, 585 U.S. 109, 115-17 (2018). The district court did not abuse its discretion in concluding that Marquez-Huazo did not show extraordinary and compelling reasons for compassionate release. *See United States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021). Nor did it abuse its discretion in concluding that the 18 U.S.C. § 3553(a) factors, including Marquez-Huazo's participation in a large-scale methamphetamine distribution conspiracy, weighed against release. *See id.* at 1284.

**AFFIRMED.**